FILED: February 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-4590**
**(2:13-cr-00003-F-1)**

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

DESMOND BERTRAM WHITE,

   Defendant - Appellant.

O R D E R

After review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude there is a nonfrivolous issue that would benefit from adversarial presentation. Accordingly, we direct the parties to submit supplemental briefs addressing whether the district court plainly erred in concluding that White's guilty pleas were supported by an independent factual basis.

The Clerk shall establish an appropriate briefing schedule by separate order.

For the Court

/s/ Patricia S. Connor, Clerk